UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARCUS MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-2008 |
| | ) | |
| vs. | ) | Judge James E. Shadid |
| | ) | |
| TIMOTHY BUKOWSKI, et al, | ) | Jury Trial Demand |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AT LAW

**NOW COME** Defendants ANDREW APPELL and KEVIN LONG ("Defendants"), by and through their attorney, MICHAEL W. CONDON of HERVAS, CONDON, & BERSANI, P.C., and for their Answer and Affirmative Defense to Plaintiff's Complaint at Law, state as follows:

### UNWARRANTED EXCESSIVE FORCE

1. On December 18, 2016, at approximately 5:30 to 6:10 pm, I, Marcus Minor, was assaulted by Both Defendants Correctional Officers Appell, and Long, to wit: [*sic*]

**ANSWER:** Defendants deny the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. While serving trays I put both of my arms out of the chuckhole of Cell #3 on Max(C) Pod of the Jerome Combs Detention Center, in an effort to grab the dinner tray so as to avoid it spilling into my cell, and having my food purposely wasted by C/O Appell, who I had a heated argument with earlier that day. [*sic*]

**ANSWER:** Defendants admit only that Plaintiff put both of his arms through the chuckhole in his cell. Defendants deny the remaining allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. In response to me sticking my arms out of the chuckhole in an effort to save my tray, Defendant Correctional Officer Appell started to stomp my arms as hard as he could and tried repeatedly to slam my arms in the chuckhole.  He then did what I expected he was attempting to do in the beginning, He slammed my dinner tray into the cell spilling hot food all over me, and then he grabbed the juice and threw it in my face.  [*sic*]

**ANSWER:** **Defendants deny the allegations contained in Paragraph 3 of Plaintiff's Complaint.**

4. Defendant Officer Appell, then started (while holding my arms) kicking my arms again while stating that "He was going to break my arms."  Defendant Correctional Officer Appell then looked as if he was going to hit me with his flashlight.  I flinched back, and he grabbed hold of my arms and pulled me, hurting me.  [*sic*]

**ANSWER:** **Defendants deny the allegations contained in Paragraph 4 of Plaintiff's Complaint.**

5. Defendant C/O Long, and Appell then grabbed my arms, both defendants to an arm, I noticed Defendant Long grabb his handcuffs, the handcuff was still in the lock position when, with one hand Defendant Long slapped the cuff on me, which hurted so bad.  [*sic*]

**ANSWER:** **Defendants deny the allegations contained in Paragraph 5 of Plaintiff's Complaint.**

6. Defendant Appell then grabbed his own handcuff and attached that hand cuff to the other, all while saying "I am going to break your fucking arm."  Defendant Appell then cuffed the other end of the handcuff to the door and stated, "I am going to have your ass there all night."  [*sic*]

**ANSWER:** **Defendants admit only that CO Appell handcuffed Plaintiff's wrists together and then cuffed him to the cell door.  Defendants deny the remaining allegations contained in Paragraph 6 of Plaintiff's Complaint.**

7. About an hour or so later about 6 officers came into the Max(C) Pod to uncuff me, Defendant Correctional Officer Appell had a shield. I immediately starting explaining to the other officers that I am a federal Inmate that it was not safe for me here and to please help me. I showed no signs of violent behavior towards myself or anybody nor had I shown destructive behavior, yet I was tied down tight to a restraint chair and my arm and finger swoll up because I was repeatedly kicked and because blood was circulating because of how tight the restraints were. This last for about 1 to 2 hours and I was taken back to my cell. When the nurse came through I asked her if she could take a look at my arm and I explained to her my situation, but she just walked off. [*sic*]

**ANSWER:** **Defendants admit only that Plaintiff was taken to the restraint chair after the incident. Defendants deny the remaining allegations contained in Paragraph 7 of Plaintiff's Complaint.**

/s/ **Michael W. Condon**
MICHAEL W. CONDON, ARDC No. 06192071
*Attorney for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com

## FIRST AFFIRMATIVE DEFENSE

NOW COME Defendants ANDREW APPELL and KEVIN LONG, by and through their attorney, MICHAEL W. CONDON of HERVAS, CONDON & BERSANI, P.C., and for their First Affirmative Defense to Plaintiff's Complaint, Defendants state as follows:

The Defendants did not violate any clearly established constitutional right of which a reasonable person would have known, thus entitling them to qualified immunity.

WHEREFORE Defendants ANDREW APPELL and KEVIN LONG deny that the Plaintiff is entitled to any judgment whatsoever against them and pray this Honorable Court will enter a judgment in their favor and allow for the costs of defending this lawsuit.

Respectfully submitted,

/s/ **Michael W. Condon**
MICHAEL W. CONDON, Atty Bar No. 06192071
*Attorney for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARCUS MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-2008 |
| | ) | |
| vs. | ) | Judge James E. Shadid |
| | ) | |
| TIMOTHY BUKOWSKI, et al, | ) | Jury Trial Demand |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 30, 2017**, I electronically filed the foregoing ***Defendants' Answer and Affirmative Defense to Plaintiff's Complaint*** with the Clerk of the District Court for the Central District of Illinois, Urbana Division, using the CM/ECF system, and I hereby certify that I have mailed with the United States Postal Service the aforementioned document to the following non-CM/ECF participant by U.S. Certified Mail:

**TO:**  Marcus Minor
4310 W. Maypole
Chicago, IL  60624
*Pro se Plaintiff*

by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on **May 30, 2017**, with the proper postage prepaid.

/s/ **Michael W. Condon**
MICHAEL W. CONDON, Atty Bar No. 06192071
*Attorney for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com